FORM 8A. Entry of Appearance                                              Form 8A (p.1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-2288

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Apple Inc. | | |
|---|---|---|
| **Principal Counsel:** Debra J. McComas | | Admission Date: 07/28/1998 |
| Firm/Agency/Org.: Haynes and Boone, LLP | | |
| Address: 2323 Victory Avenue, Suite 700, Dallas, TX 75219 | | |
| Phone: (214) 651-5375 | | Email: Debbie.McComas@haynesboone.com |
| **Other Counsel:** David W. O'Brien | | Admission Date: 04/03/2014 |
| Firm/Agency/Org.: Haynes and Boone, LLP | | |
| Address: 600 Congress Avenue, Suite 1300, Austin, Texas 78701 | | |
| Phone: (512) 867-8457 | | Email: David.OBrien@haynesboone.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/13/22                     Signature: /s/ Debra J. McComas

                                   Name:      Debra J. McComas

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Andrew S. Ehmke | Admission Date: 10/09/2015 |
|---|---|
| Firm/Agency/Org.: Haynes and Boone, LLP | |
| Address: 2323 Victory Avenue, Suite 700, Dallas, TX 75219 | |
| Phone: (214) 651-5116 | Email: Andy.Ehmke@haynesboone.com |
| **Other Counsel:** Hong Shi | Admission Date: 03/02/2020 |
| Firm/Agency/Org.: Haynes and Boone, LLP | |
| Address: 600 Congress Avenue, Suite 1300, Austin, Texas 78701 | |
| Phone: (512) 867-8440 | Email: Hong.Shi@haynesboone.com |
| **Other Counsel:** Angela M. Oliver | Admission Date: 04/08/2019 |
| Firm/Agency/Org.: Haynes and Boone, LLP | |
| Address: 800 17th Street NW, Suite 500, Washington, DC 20006 | |
| Phone: (202) 654-4552 | Email: Angela.Oliver@haynesboone.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |