FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2022-2288

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

**Filing Party/Entity:** Corephotonics, Ltd.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2020-00489 | Inter Partes Review |

**Relief sought on appeal:** ☑ None/Not Applicable

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Board determined that claims 5 and 6 of the 408 patent are not unpatentable, denied Petitioner's request to admit and consider a pertinent U.S. provisional patent application as well as a brief prepared and submitted by the patent owner in connection with a proceeding before the Patent Court of Korea, and did not provide a ruling regarding Petitioner's unopposed request to include as exhibits in the agency record the parties' requests regarding additional evidence.

**Briefly describe the judgment/order appealed from:**

The Board's Final Written Decision determining that claims 5 and 6 of the 408 patent are not unpatentable, denied Petitioner's request to admit and consider a pertinent U.S. provisional patent application as well as a brief prepared and submitted by the patent owner in connection with a proceeding before the Patent Court of Korea, and did not provide a ruling regarding Petitioner's unopposed request to include as exhibits in the agency record the parties' requests regarding additional evidence.

**Nature of judgment (select one):**         **Date of judgment:** 7/26/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                      _____

FORM 26. Docketing Statement                                        Form 26 (p. 2)
                                                                        July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.   ☑ None/Not Applicable

|  |
|--|
|  |

Issues to be raised on appeal:   ☑ None/Not Applicable

|  |
|--|
|  |

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☑ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

| Hon. Jay Gandhi |
|--|

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

Explain.

| The parties have attempted to resolve their disputes through mediation, but were unable to reach a settlement. |
|--|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| N/A |
|--|

Date: 10/13/22        Signature: /s/ Marc A. Fenster
                       Name:      Marc A. Fenster

Save for Filing