FORM 9A. Notice of Related Case Information                                Form 9A (p. 1)
                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 22-2288

**Short Case Caption** Apple Inc. v. Corephotonics, Ltd.

**Filing Party/Entity** Apple Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Corephotonics, Ltd. v. Apple Inc., 5:19-cv-04809 (N.D. Cal.)

☐     Additional pages attached

FORM 9A. Notice of Related Case Information Form 9A (p. 2)
 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Corephotonics, Ltd.
>
> Apple Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Russ August & Kabat; Marc A. Fenster; Benjamin T. Wang; Brian D. Ledahl; James S. Tsuei; Neil A. Rubin
>
> Cooley LLP; Heidi L. Keefe; Lowell D. Mead; Phillip E. Morton

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/02/2023 Signature: /s/ Debra J. McComas

 Name: Debra J. McComas