NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

2022-2288

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00489.

**ON MOTION**

**O R D E R**

Upon consideration of Apple Inc.'s unopposed motion for a 28-day extension of time, until April 7, 2023, to file the opening brief,

IT IS ORDERED THAT:

2                  APPLE INC. v. COREPHOTONICS, LTD.

The motion is granted.

                                                                       FOR THE COURT

March 16, 2023                 /s/ Peter R. Marksteiner
     Date                          Peter R. Marksteiner
                                   Clerk of Court