NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

2022-2288

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00489.

**ON MOTION**

**O R D E R**

Upon consideration of Apple Inc.'s unopposed motion for a 14-day extension of time, until April 21, 2023, to file the opening brief,

IT IS ORDERED THAT:

2              APPLE INC. v. COREPHOTONICS, LTD.

The motion is granted.

                  FOR THE COURT

<u>April 13, 2023</u>       <u>/s/ Peter R. Marksteiner</u>
  Date          Peter R. Marksteiner
               Clerk of Court