

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

2022-2288 - Apple Inc. v. Corephotonics, Ltd.

**NOTICE TO ADVISE OF SCHEDULING CONFLICTS OF ARGUING COUNSEL**

Briefing is completed in this case. Within <u>seven days</u> of this notice, arguing counsel must complete and file a [Response to Notice to Advise of Scheduling Conflicts](#) advising of any scheduling conflicts during the following upcoming court session months: **2023: October, November, and December. 2024: January, February, and March**. Non-arguing counsel should not advise of scheduling conflicts. However, in the event the matter is not scheduled within the next six (6) court sessions, counsel are reminded of their continuing obligation to report any upcoming conflicts until the matter is formally calendared. See Fed. Cir. R. 34(d)(2).

**Calendar of Sessions.** Arguing counsel should review the [Calendar of Sessions](#) on the court's website for the specific dates of each session. <u>Arguing counsel should only advise of conflicts with scheduled court dates and not dates when the court is not scheduled to sit.</u>

**Limitation on Conflicts.** To ensure the timely scheduling of argument in this case, arguing counsel is limited to identifying scheduling conflicts for only <u>ten days</u> during the above session months. Arguing counsel must also <u>show good cause</u> for each identified scheduling conflict. Conflicts without a sufficient showing of good cause will not be considered. Counsel is advised that the unavailability of a client or non-arguing counsel is an insufficient basis for showing good cause.

FOR THE COURT

August 14, 2023

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Ames, Deputy Clerk