# NO. 22-2288

## IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

**On Appeal from the Patent Trial and Appeal Board in Inter Partes Review No. IPR2020-00489**

Debra J. McComas
HAYNES AND BOONE, LLP
2801 N. Harwood St.
Suite 2300
Dallas, TX 75201
Phone: (214) 651-5375

**Attorney for Appellant Apple Inc.**

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Apple Inc. respectfully moves for voluntary dismissal of the above-captioned appeal.

Apple Inc. has conferred with counsel for Appellee Corephotonics, Ltd., who consents to this motion. The parties agree that each party shall bear its own costs.

Dated: March 7, 2024

Respectfully Submitted,

**HAYNES AND BOONE, LLP**

*/s/ Debra J. McComas*
Debra J. McComas
2801 N. Harwood St.
Suite 2300
Dallas, TX 75201
Phone: (214) 651-5375
*Debbie.McComas@haynesboone.com*

**Attorney for Appellant Apple Inc.**

# CERTIFICATE OF INTEREST

| | |
|---:|:---|
| **Case Number** | 22-2288 |
| **Short Case Caption** | Apple Inc. v. Corephotonics, Ltd. |
| **Filing Party/Entity** | Apple Inc. |

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: March 7, 2024          Signature: */s/ Debra J. McComas*

                             Name: Debra J. McComas

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| ___ None/Not Applicable | X None/Not Applicable | X None/Not Applicable |
| Apple Inc. | | |
| | | |

2

| 4. Legal Representatives. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).<br><br>__ None/Not Applicable                    ___ Additional pages attached |||
|---|---|---|
| Jordan Maucotel<br>(Haynes and Boone, LLP) | Stephanie N. Sivinski<br>(Haynes and Boone, LLP) | Michael S. Parsons<br>(formerly Haynes and Boone, LLP) |
|  |  |  |

| 5. Related Cases. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).<br><br>__ None/Not Applicable                    ___ Additional pages attached |||
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., 5:19-cv-04809 (N.D. Cal.) |  |  |
|  |  |  |

| 6. Organizational Victims and Bankruptcy Cases. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).<br><br>X_ None/Not Applicable                    ___ Additional pages attached |||
|---|---|---|
|  |  |  |

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 6, 2024, I conferred with counsel for Appellee, who stated that they are not opposed to the relief sought herein.

                                      */s/ Angela M. Oliver (with permission)*
                                      Angela M. Oliver

## CERTIFICATE OF COMPLIANCE

1.    This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

■    this motion contains <u>46</u> words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2).

2.    This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because:

■    this motion has been prepared in a proportionally spaced typeface using Word for Microsoft 360 in 14-point Equity A font.

                                      */s/ Debra J. McComas*
                                      Debra J. McComas